Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KENNETH BURNETT, | NO. CV20-947JLR |
| Petitioner, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO RENOTE SECTION 2255 PETITION |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

THE COURT has considered the defendant's unopposed motion to re-note this matter and the records and files therein.

IT IS THEREFORE ORDERED that the matter is re-noted to January 29, 2021, with new deadlines requiring the Petitioner's response due on Monday, January 25, 2021, and the Government's reply due on Thursday, January 28, 2021, with a noting date of Friday, January 29, 2021.

DONE this 28th day of December, 2020.

_____
JAMES L. ROBART
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO RENOTE PETITION - 1
*Burnett v. United States /* CV20-947JLR

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1

2  Presented by:

3  s/ *Jesse G. Cantor*
4  Jesse G. Cantor
   Assistant Federal Public Defender
5  Attorney for Kenneth Burnett

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED
MOTION TO RENOTE PETITION - 2
*Burnett v. United States /* CV20-947JLR

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**