UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH BURNETT,<br><br>         Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | CASE NO. C20-0947JLR<br><br>ORDER DIRECTING SUPPLEMENTAL BRIEFING |

Before the court is Petitioner Kenneth Burnett's motion to vacate the judgment in his criminal matter under 28 U.S.C. § 2255. (Mot (Dkt. # 1); *see also* Reply (Dkt. # 9).) Mr. Burnett contends that the court must vacate his conviction in his criminal matter in light of the Supreme Court's decision in *Rehaif v. United States*, __ U.S. __, 139 S. Ct. 2191 (2019). Respondent the United States of America ("the Government") opposes Mr. Burnett's motion. (Resp. (Dkt. # 5).)

On reply, Mr. Burnett requests a stay in this case due to the Supreme Court granting certiorari in *United States v. Gary* on January 8, 2021. (*See* Reply at 9); 954

ORDER - 1

F.3d 194 (4th Cir. 2020), *cert. granted*, No. 20-444, 2021 WL 77245 (U.S. Jan. 8, 2021) (finding that a *Rehaif* error is structural and vacating conviction). The Supreme Court granted certiorari after the Government filed its response to Mr. Burnett's petition. (*See* Resp. (filed December 21, 2020).)

The court DIRECTS the parties to provide supplemental briefing on the question of whether the court should stay this case until the Supreme Court has issued a ruling in *Gary*. The parties shall file briefs, limited to six pages, addressing this question by Friday, March 19, 2021. There shall be no replies unless otherwise ordered by the court. The court DIRECTS the clerk to renote Mr. Burnett's motion to vacate (Dkt. # 1) for March 19, 2021.

Dated this 8th day of March, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2