UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH BURNETT,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. C20-0947JLR<br><br>ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS |

On March 8th, 2021, the court ordered Petitioner Kenneth Burnett and Respondent the United States of America to submit briefing on whether the court should stay this case until the Supreme Court of the United States of America has issued a ruling in *United States v. Gary*, 954 F.3d 194 (4th Cir. 2020), *cert. granted*, No. 20-444, 2021 WL 77245 (U.S. Jan. 8, 2021).  (3/8/21 Order (Dkt. # 10).)  On March 15, 2021, the parties submitted a joint motion requesting that the court stay further proceedings until the disposition of *Gary*.  (Mot. (Dkt. # 11).)  The parties contend that the issue to be determined in *Gary*—"[w]hether a defendant who pleaded guilty to possessing a firearm

ORDER - 1

as a felon, in violation of 18 U.S.C. [§§] 922(g)(1) and 924(a), is automatically entitled to plain-error relief if the district court did not advise him that one element of that offense is knowledge of his status as a felon, regardless of whether he can show that the district court's error affected the outcome of the proceedings"—is potentially dispositive in this matter. (Mot. at 2.) The court agrees, and GRANTS the parties' motion to stay proceedings (Dkt. # 11). This case is STAYED pending a ruling from the Supreme Court in *Gary*. The parties are ORDERED to file a joint status report within ten days of the Supreme Court issuing a ruling in *Gary*, or seven months of the date of this order, whichever is first.

Dated this 19th day of March, 2021.

JAMES L. ROBART
United States District Judge