Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH BURNETT, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | NO. CV20-947JLR <br><br> ORDER GRANTING STIPULATED MOTION TO VOLUNTARY DISMISS SECTION 2255 MOTION |

THE COURT has considered the stipulated motion to voluntarily dismiss the section 2255 motion and the records and files therein.

IT IS THEREFORE ORDERED that Mr. Burnett's motion under §2255 filed on June 18, 2020 is hereby dismissed.

DONE this 30th day of June, 2021

*[signature]*

James L. Robart
United States District Judge

Presented by:

s/ *Jesse G. Cantor*
Assistant Federal Public Defender
Attorney for Kenneth Burnett

ORDER DISMISSAL - 1
*Burnett v. United States* / CV20-947JLR

FEDERAL PUBLIC DEFENDER
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**